K. PONCHO BAKER, ESQUIRE
BARSOTTI & BAKER LLP
600 West Shaw Avenue Suite 300
Fresno California  93704
Telephone:     (559) 226-2100
Facsimile:      (559) 226-7636

Attorneys for Plaintiff
MANUEL YANEZ

JACKSON LEWIS LLP
MICHAEL J. CHRISTIAN (SBN 173727)
RANDALL J. HAKES (SBN 233548)
801 K Street, Suite 2300
Sacramento, California  95814
Telephone:     (916) 341-0404
Facsimile:      (916) 341-0141
Attorneys for Defendant
QUEST DIAGNOSTICS INCORPORATED

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| MANUEL YANEZ, | Case No. 1:07-CV-00600-AWI-DLB |
|---|---|
| Plaintiff, | **AMENDED STIPULATION AND ORDER TO CONTINUE SETTLEMENT CONFERENCE AND EXPERT DISCLOSURE** |
| vs. | |
| QUEST DIAGNOSTICS, INC., and DOES 1 through 20, inclusive, | **Date:**  2/27/08<br>**Time:** 10:00 a.m.<br>**Ctrm:** 9 |
| Defendants. | |
| | Complaint Filed:      March 6, 2007<br>Trial Date:                December 16, 2008 |

    The parties in this action jointly submit this stipulation and order to continue the existing early settlement conference date of February 27, 2008 and the existing expert disclosure date of March 14, 2008.  The existing settlement conference date was recently moved by the Court due to its own scheduling conflicts. The current date is inconvenient for some of the parties and their counsel.  Additionally, the parties are in the process of completing discovery necessary to

1

appropriately assess the case. The parties have agreed to consider informal settlement discussions after this discovery.

For all these purposes, the parties jointly request a continuance of the early settlement conference and existing expert disclosure deadline. The parties request the settlement conference be moved to March 25, 2008. The parties request the expert disclosure date be moved to May 15, 2008.

Dated: February 20, 2008                    BARSOTTI & BAKER LLP


                                            By: /s/ K. Poncho Baker
                                                K. PONCHO BAKER

                                            Attorneys for Plaintiff
                                            MANUEL YANEZ


Dated: February 20, 2008                    JACKSON LEWIS LLP


                                            By: /s/ Michael J. Christian
                                                MICHAEL J. CHRISTIAN
                                                RANDALL J. HAKES

                                            Attorneys for Defendant
                                            QUEST DIAGNOSTICS INCORPORATED


It is hereby ordered,

   1. The early settlement conference is moved from February 26, 2008, to March 25, 2008, at 10:00 a.m. in Courtroom 9; and

   2. The expert disclosure deadline is moved from March 14, 2008 to May 15, 2008.


Dated: 25 February 2008                     /s/ Dennis L. Beck
                                            UNITED STATES MAGISTRATE JUDGE

2

Amended Stipulation and Order to Continue Settlement Conference and Expert Disclosure
United States District Court Eastern District of California-Fresno Division Case No. 1:07-CV-00600-AWI-DLB

H:\Q\Quest Diagnostics\Yanez (110880)\pleadings\Federal 1 07-CV-00600-AWI-DLB\005 Stip&Order Moving Settle Conf.doc

3

Amended Stipulation and Order to Continue Settlement Conference and Expert Disclosure
United States District Court Eastern District of California-Fresno Division Case No. 1:07-CV-00600-AWI-DLB