IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| MANUEL YANEZ,<br><br>             Plaintiff,<br><br>vs.<br><br>QUEST DIAGNOSTICS, INC., and DOES 1 through 20, inclusive,<br><br>             Defendants. | Case No. 1:07-CV-00600-AWI-DLB<br><br>**STIPULATION AND ORDER TO CONTINUE PROCEDURAL DEADLINES, PRETRIAL CONFERENCE AND TRIAL DATE**<br><br>Complaint Filed:   March 6, 2007<br>Trial Date:            December 16, 2008 |

The parties have filed the following stipulation:

The parties in this action jointly submit this stipulation and order to continue all existing procedural deadlines, the existing pretrial conference date and the trial date for approximately 90 days. The parties make this request to allow each side sufficient time to prepare their case and to allow the parties to continue to consider the possibility of reaching a resolution without

1

proceeding to trial and to save judicial resources and anticipated expenses.  In addition to the parties' continued efforts in exploring alternative dispute resolution, the case has also been delayed for good cause because discovery has been slowed due to Plaintiff's unavailability related to his health.

  Based on the foregoing, the parties jointly request a continuance of the expert disclosure deadline, discovery cutoff, expert discovery cutoff, the motion deadlines, final pretrial conference and jury trial, all for at least 90 days.

  The parties seek a new trial date in March, April or May of 2009.

Dated: May 15, 2008      BARSOTTI & BAKER LLP


            By: /s/ K. Poncho Baker
              K. PONCHO BAKER

            Attorneys for Plaintiff
            MANUEL YANEZ


Dated: May 15, 2008      JACKSON LEWIS LLP


            By: /s/ Michael J. Christian
              MICHAEL J. CHRISTIAN
              RANDALL J. HAKES

            Attorneys for Defendant
            QUEST DIAGNOSTICS INCORPORATED


## **ORDER**

The Court will give effect to the stipulation.  Accordingly, IT IS HEREBY ORDERED that:

  1. The expert disclosure deadline is moved from May 15, 2008 to August 13, 2008.

2. The discovery cutoff deadline is moved from June 13, 2008 to September 11, 2008.

3. The last date to file a non-dispositive motion is moved from June 18, 2008 to September 16, 2008.

4. The last date to hear a non-dispositive motion is moved from July 18, 2008 to October 13, 2008.

5. The last date to file a dispositive motion is moved from September 5, 2008 to December 4, 2008.

6. The last date to hear a dispositive motion is moved from October 3, 2008 to January 12, 2009.

7. The Pretrial Conference is moved from November 14, 2008 to February 13, 2009, at 8:00 a.m., Courtroom 2.

8. The Trial is moved from December 16, 2008 to March 17, 2009, at 8:30 a.m., Courtroom 2.

IT IS SO ORDERED.

**Dated:**   **May 23, 2008**                    /s/ Anthony W. Ishii

UNITED STATES DISTRICT JUDGE